## United States Bankruptcy Court
## Western District of Pennsylvania

In re __Flying Roadrunner, Inc._____ , Case No. **11-**_____

Debtor

Chapter **11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **Cessna Finance Corp.**<br>**P.O. Box 2902**<br>**Witchita, KS 67201** | | | | **$1,022,679.25** |
| **Flight Productions, Inc.**<br>**48589**<br>**Metz Road**<br>**New Waterford, OH 44445** | | | | **$14,605.00** |
| **Power Contracting, Inc.**<br>**P.O. Box 121**<br>**Wildwood, PA 15091** | | | | **$11,194.45** |
| **Multiservice**<br>**P.O. Box 410435**<br>**Kansas City, MO 64141-0435** | | | | **$5,841.05** |
| **Gary Reinert, Sr.**<br>**P.O. Box 121**<br>**Wildwood, PA 15091** | | | | **$4,500.00** |
| **First Insurance Funding**<br>**450 Skokie Blvd.**<br>**Suite 1000**<br>**P.O. Box 3306**<br>**Northbrook, IL 60065-3306** | | | | **$3,731.89** |

In re  **Flying Roadrunner, Inc.** _____ ,  Case No.  **11-** _____

Debtor

Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **RAM Aircraft LP**<br>**7050 Karl May Drive**<br>**P.O. Box 5219**<br>**Waco, TX 76798** | | | | **$3,543.50** |
| **Porspect Aviation Corporation**<br>**145 Cessna Drive**<br>**Beaver County Airport**<br>**Beaver Falls, PA 15010** | | | | **$2.699.68** |
| **Trirotor, LLC**<br>**P.O. Box 498**<br>**Somerton, AZ 85350** | | | | **$2,000.00** |
| **Atlantic Aviation Corp.**<br>**300 Horizon**<br>**Moon Township, PA 15108** | | | | **$1,700.00** |

**NO MORE CREDITORS**

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Gary Reinert, President of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **5/2/2011** _____

Signature:  **s/ Gary Reinert** _____

**Gary Reinert ,President**

(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.